UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------------------------------x
Wheel Group Holdings LLC,                     :
                                              :
                                              :
                  Plaintiff,                  :
                                              :
           v.                                 :          Court No. 22-00085
                                              :          Case Management Calendar
UNITED STATES,                                :
                                              :
                  Defendant.                  :
                                              :
------------------------------------------------------------x
```

**<u>ORDER</u>**

Upon consideration of plaintiff's consent motion to extend for an additional six months

the time that the designated action may remain on the Case Management Calendar, and after due

deliberation, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that this action is to remain on the Case Management Calendar through

September 30, 2024.

_____
Judge

Dated: New York, New York
_____ 2024.

UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------------------------------x
Wheel Group Holdings LLC,                     :
                                              :
                                              :
                 Plaintiff,                   :
                                              :
          v.                                  :          Court No. 22-00085
                                              :          Case Management Calendar
UNITED STATES,                                :
                                              :
                 Defendant.                   :
                                              :
------------------------------------------------------------x
```

**CONSENT MOTION TO EXTEND TIME ON CASE MANAGEMENT CALENDAR**

Plaintiff, through undersigned counsel, respectfully moves pursuant to Rules 1, 16, and 83(c) of the Rules of the Court of International Trade, for an order to extend the designated action on the Case Management Calendar for six months from March 31, 2024 through September 30, 2024. This is plaintiff's first request for an extension of time for this case to remain on the Case Management Calendar.

Under USCIT Rule 83(c), good cause exists for granting this consent motion. This case involves denied protests contesting the assessment of antidumping duties on tires from China. Plaintiff requires additional time to gather factual information and to prepare a proposed settlement to provide to the U.S. Department of Justice. The Government in turn will require time to conduct its review.

Undersigned counsel conferred with Government attorney Mathias Rabinovitch in the preparation of this motion. On March 27, 2024, plaintiff's counsel obtained the Government's consent for the relief requested by this motion.

WHEREFORE, we respectfully request that the Court grant this consent motion for the designated actions to be extended on the Case Management Calendar from March 31, 2024 through September 30, 2024.

Respectfully submitted,

GRUNFELD, DESIDERIO,
LEBOWITZ & SILVERMAN LLP
Attorneys for Plaintiff
707 Wilshire Boulevard, Suite 4150
Los Angeles, CA 90017
Tel. (213) 624-1970


By: */s/ Erik D. Smithweiss*
    Erik D. Smithweiss


Dated:  New York, NY
       March 28, 2024

2

12655050_1